Waterworks v DXR Corporation Exhibit A

| EXHIBIT A* Transfers | | | |
|---|---|---|---|
| Name of Creditor | Check / Wire ID Number | Disbursement Date | Amount Paid |
| DXR CORPORATION | 207875 | 2/5/2009 | $35,000.00 |
| DXR CORPORATION | 207917 | 2/12/2009 | $38,782.52 |
| DXR CORPORATION | 208598 | 3/9/2009 | $73,782.52 |
| DXR CORPORATION | 50004948 | 4/27/2009 | $73,782.52 |
| | | | **$221,347.56** |

*Debtors' counsel reserves the right to amend, supplement or otherwise modify this Exhibit from time to time, without limitation.